P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>CAHUENGA PASS HOTEL LLC et al.,<br><br>Defendant. | Case No: 2:23-cv-6238<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CAHUENGA PASS HOTEL LLC** |

NOTICE IS HEREBY GIVEN that Plaintiff voluntarily dismisses Defendant Cahuenga Pass Hotel LLC from the above case. The dismissal is with prejudice and with the dismissed Defendant and Plaintiff to bear their respective costs, fees and expenses.

RESPECTFULLY SUBMITTED this 26th day of November, 2023.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff